**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christine King, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Financial Business and Consumer Solutions, Inc. dba FBCS, Inc.; and Midland Credit Management, Inc.; and Midland Funding, LLC,<br><br>Defendants. | NO. 4:15-cv-00582-JAS<br><br>**Order Re: Stipulation to Extend Date for Defendant Financial Business and Consumer Solutions, Inc. dba FBCS, Inc. to Respond to Plaintiff's Complaint**<br><br>**(First Request)** |

Pursuant to the parties' Stipulations (Docs. 8 and 9) to Extend Date for Defendant Financial Business and Consumer Solutions' Response to Plaintiff's Complaint; IT IS HEREBY ORDERED extending the deadline for Defendant Financial Business and Consumer Solutions to file its answer and and/or responsive pleading to Plaintiff's Complaint to March 2, 2016.

Dated this 4th day of February, 2016.

Honorable James A. Soto
United States District Judge

4730952.1